IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MADELEINE DWOLAKOWSKI, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1321-DII |
| SANOFI U.S. SERVICES, INC. *formerly known as Sanofi-Aventis U.S. Inc.*, et al., | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On this date, the Court dismissed Plaintiff's claims in this action with prejudice. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on January 14, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1